**Ciara Cobb**
7814 195th St E
Spanaway, WA 98387
Phone: 253-777-7115
Email: ciara.shardae@gmail.com

12/8/2025

**United States Bankruptcy Court**
Western District of Washington
1717 Pacific Ave
Tacoma, WA 98402

Re: **Request to Dismiss Adversary Proceeding**
Debtor: **Ciara Cobb**
Bankruptcy Case No.: **24-42386-MJH**
Adversary Proceeding No.: **25-04047-MJH**

To the Honorable Court:

I, Ciara Cobb, the debtor and plaintiff in the above-referenced adversary proceeding, respectfully notify the Court that I no longer wish to pursue the adversary action filed against the U.S. Department of Education.

My underlying bankruptcy case has been fully administered and closed, and I have decided not to move forward with the adversary proceeding. Therefore, I respectfully request that the Court dismiss the adversary proceeding in its entirety.

Please advise if any additional documents or actions are required from me to complete this request.

Thank you for your time and consideration.

Respectfully submitted,

*Ciara Cobb*

Ciara Cobb